# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:  March 29, 2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

                Plaintiff                 **SCHEDULING ORDER**

    -against-                                  7:21-cr-00158-

Letroy Calhoun

                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled an Arraignment on an Indictment for 4/2/2021at  3 pm  before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  March 29, 2021
         White Plains, New York

                                         SO ORDERED:

                                         s/       PED
                                         _____

                                         PAUL E. DAVISON
                                         United States Magistrate Judge