UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Letroy Calhoun

              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:21-cr-158   (   )

Defendant Letroy Calhoun hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☒ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel


/s/ Letroy Calhoun
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's Signature

Letroy Calhoun
Print Defendant's Name

Jason Ser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

4/2/21
Date

U.S. Magistrate Judge