UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

LETROY CALHOUN,

                Defendant.

------------------------------------------------------------X

**MEMORANDUM**

21 Cr. 158 (NSR)

TO:    NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

        Please find attached a transcript of the October 14, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.


Dated: October 22, 2021
        White Plains, New York

                        Respectfully submitted,

                        _____
                        ANDREW E. KRAUSE
                        United States Magistrate Judge